# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                              |Personnel Number..... 00624463
|6321 Hasbrook Ave                              |Transportation Pyrl Area 2
|Philadelphia PA   19111                        |Pay Period.. 01/23/2021 - 02/05/2021
|                                               |Fed Tax Status: Single
|                                               |Fed Tax Allowances: 05   Period: 04/2021
|B/U:G1      Group:05    Level:03               |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 02/19/2021 | 1,278.38 | = | 1,868.23 | + | 0.00 | − | 371.48 | − | 218.37 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 21.26 | 72.00 | 1,530.72 | 6,122.88 |
| FMLA/SPF Sick | 21.26 | 8.00 | 170.08 | 170.08 |
| Holiday/Comp lieu Holiday | | | | 510.24 |
| OT 1.5 | 31.89 | 4.50 | 143.51 | 382.69 |
| Total Gross | | | 1,844.31 | 7,185.89 |
| Difference prev. Period | | | 23.92 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 105.93 | 392.36 |
| TX EE Social Security Tax | 111.11 | 426.75 |
| TX EE Medicare Tax | 25.98 | 99.80 |
| State           Pennsylvania | | |
| TX Withholding Tax | 55.02 | 211.31 |
| TX EE Unemployment Tax | 1.12 | 4.31 |
| Local           Philadelphia | | |
| TX Withholding Tax | 72.32 | 278.18 |
| EE Taxes | 371.48 | 1,412.71 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 42.52 | 170.08 |
| MED Buy Up/Base Cost | 33.57 | 132.78 |
| AFSCME - 13 Union Dues | 25.51 | 102.04 |
| Full Cov Class AA/Cat 0 | 116.77 | 449.12 |
| Total Deductions | 218.37 | 854.02 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,278.38 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 111.11 |
| TX ER Medicare Tax | 25.98 |
| ER Basic Life | 4.16 |
| ER Workers Comp Benefit | 45.84 |
| PR Choice PPO | 502.00 |
| ER-SERS | 688.26 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,675.37 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                      |Personnel Number..... 00624463
|6321 Hasbrook Ave                      |Transportation Pyrl Area 2
|Philadelphia PA   19111                |Pay Period.. 01/09/2021 - 01/22/2021
|                                       |Fed Tax Status: Single
|                                       |Fed Tax Allowances: 05   Period: 03/2021
|B/U:G1    Group:05    Level:03         |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2021 | 1,164.77 = | 1,700.80 | + | 0.00 | - | 328.13 | - | 207.90 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 21.26 | 72.00 | 1,530.72 | 4,592.16 |
| Holiday/Comp lieu Holiday | 21.26 | 8.00 | 170.08 | 510.24 |
| OT 1.5 | | | | 215.26 |
| Total Gross | | | 1,700.80 | 5,317.66 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 87.09 | 286.43 |
| TX EE Social Security Tax | 100.74 | 315.64 |
| TX EE Medicare Tax | 23.56 | 73.82 |
| State            Pennsylvania | | |
| TX Withholding Tax | 49.88 | 156.29 |
| TX EE Unemployment Tax | 1.02 | 3.19 |
| Local            Philadelphia | | |
| TX Withholding Tax | 65.84 | 205.86 |
| EE Taxes | 328.13 | 1,041.23 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 42.52 | 127.56 |
| MED Buy Up/Base Cost | 33.57 | 99.21 |
| AFSCME - 13 Union Dues | 25.51 | 76.53 |
| Full Cov Class AA/Cat 0 | 106.30 | 332.35 |
| Total Deductions | 207.90 | 635.65 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,164.77 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 100.74 |
| TX ER Medicare Tax | 23.56 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 41.73 |
| PR Choice PPO | 502.00 |
| ER-SERS | 626.57 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,518.41 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
Celitia K Salazar                    Personnel Number..... 00624463
6321 Hasbrook Ave                    Transportation Pyrl Area 2
Philadelphia PA   19111              Pay Period.. 12/26/2020 - 01/08/2021
                                     Fed Tax Status: Single
                                     Fed Tax Allowances: 05   Period: 02/2021
B/U:G1    Group:05    Level:03
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2021 | 1,262.14 = | 1,844.31 | + | 0.00 | - | 365.30 | - | 216.87 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 21.26 | 72.00 | 1,530.72 | 3,061.44 |
| Holiday/Comp lieu Holiday | 21.26 | 8.00 | 170.08 | 340.16 |
| OT 1.5 | 31.89 | 4.50 | 143.51 | 215.26 |
| Total Gross | | | 1,844.31 | 3,616.86 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 103.24 | 199.34 |
| TX EE Social Security Tax | 109.63 | 214.90 |
| TX EE Medicare Tax | 25.64 | 50.26 |
| State             Pennsylvania | | |
| TX Withholding Tax | 54.28 | 106.41 |
| TX EE Unemployment Tax | 1.11 | 2.17 |
| Local             Philadelphia | | |
| TX Withholding Tax | 71.40 | 140.02 |
| EE Taxes | 365.30 | 713.10 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 42.52 | 85.04 |
| MED Buy Up/Base Cost | 33.57 | 65.64 |
| AFSCME - 13 Union Dues | 25.51 | 51.02 |
| Full Cov Class AA/Cat 0 | 115.27 | 226.05 |
| Total Deductions | 216.87 | 427.75 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,262.14 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 109.63 |
| TX ER Medicare Tax | 25.64 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 45.25 |
| PR Choice PPO | 502.00 |
| ER-SERS | 679.44 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,652.95 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 |
|---|---|