# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Celitia K. Salazar aka Celitia K. Salaman<br>    Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>    Movant<br>    vs.<br><br>Celitia K. Salazar aka Celitia K. Salaman<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br>NO. 21-10526 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **June 2, 2021, docket number 28**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: July 6, 2021