United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-10526-elf

Celitia K. Salazar     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jul 20, 2021     Form ID: 155     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celitia K. Salazar, 6321 Hasbrook Ave., Philadelphia, PA 19111-5603 |
| 14587283 | + | Debt Recovery Solution, Attn: Bankruptcy, Po Box 9003, Syosset, NY 11791-9003 |
| 14587284 | + | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 14587285 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14587286 | + | Mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14604506 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14589456 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Reecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14589303 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14587287 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14587289 | | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14599163 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2021 23:52:54 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14608232 | | Email/Text: megan.harper@phila.gov | Jul 20 2021 22:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14599043 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2021 23:52:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14587288 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2021 23:52:26 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2021 | Form ID: 155 | Total Noticed: 14 |

Date: Jul 22, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2021 at the address(es) listed below:**

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com
bkgroup@kmllawgroup.com

CAMERON DEANE
on behalf of Debtor Celitia K. Salazar cdeane@ymalaw.com
ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG
on behalf of Debtor Celitia K. Salazar support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Celitia K. Salazar
       Debtor(s)

Chapter: 13
Bankruptcy No: 21−10526−elf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 20th Day of July, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                          Eric L. Frank
                          Judge ,
                          United States Bankruptcy Court

35 − 22, 29
Form 155