# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-10526-ELF

CELITIA K. SALAZAR

6321 HASBROOK AVE.

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CELITIA K. SALAZAR

  6321 HASBROOK AVE.

  PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

  PAUL H YOUNG
  3554 HULMEVILLE RD
  SUITE 102
  BENSALEM, PA 19020-

Date: 10/18/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee