United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10526-elf |
| Celitia K. Salazar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2                User: admin                Page 1 of 2
Date Rcvd: Feb 08, 2022             Form ID: pdf900            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

**Recip ID        Recipient Name and Address**
db           + Celitia K. Salazar, 6321 Hasbrook Ave., Philadelphia, PA 19111-5603

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

**Name**                **Email Address**

BRIAN CRAIG NICHOLAS
                        on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com
                        bkgroup@kmllawgroup.com

CAMERON DEANE
                        on behalf of Debtor Celitia K. Salazar cdeane@ymalaw.com
                        ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com

PAUL H. YOUNG
                        on behalf of Debtor Celitia K. Salazar support@ymalaw.com
                        ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
                        on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
CELITIA K. SALAZAR, :
    Debtor : Bky. No. 21-10526 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #51) is **APPROVED**.

Date: February 8, 2022

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**