# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re   CELITIA K. SALAZAR | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 21-10526 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Celitia K. Salazar, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Nationstar Mortgage LLC d/b/a Mr. Cooper on June 10, 2022. Debtors believe they can become current on all post-petition payments due under the March 25, 2022 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: June 14, 2022