**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Celitia K. Salazar aka Celitia K. Salaman<br>Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Moving Party<br>vs.<br><br>Celitia K. Salazar aka Celitia K. Salaman<br>Debtor(s)<br><br>and Kenneth E. West Esq.<br>Trustee | Chapter 13<br><br>NO. 21-10526 ELF<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 3rd day of August, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 28, 2022, it is ORDERED that the automatic stay under 11 U.S.C. Sections 362 and 1301 is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6321 Hasbrook Avenue Philadelphia, PA 19111.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**