**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1   Celitia K. Salazar  aka Celitia K. Salaman

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   21-10526 ELF

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper    **Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 0513

**Date of payment change:**
Must be at least 21 days after date of this notice    02/01/2022

**New total payment:**    $1324.77
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - [x] No
   - [ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____    New escrow payment:  $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - [ ] No
   - [x] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:   3.125 %    New interest rate:   3.875 %

   Current principal and interest payment: $932.42    New principal and interest payment: $996.49

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - [x] No
   - [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor(s)    <u>Celitia  K. Salazar</u>          Case number (*if known*) <u>21-10526 ELF</u>
             First Name   Middle Name   Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Rebecca Solarz*                                         Date    10/11/2021
   Signature
**Print:**  Rebecca Solarz
            11 Oct 2021, 17:10:04, EDT

Title  <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701         Market Street, Suite 5000</u>
           Number      Street
           Philadelphia,                      PA    19106
           City                              State  ZIP Code

Contact phone  (215) 627–1322            Email  bkgroup@kmllawgroup.com

---

Official Form 410S1                **Notice of Mortgage Payment Change**                                page 2

Document ID: bf24c2bba6602858cfe307a8d2289254384053c07a7afdf4ce138d6732d68d1f