**mr. cooper**
CHANGING THE FACE OF HOME LOANS

PO Box 619097
Dallas, TX 75261

**OUR INFO**
ONLINE
**www.mrcooper.com**
DEBTOR(S)
**CELITIA SALAZAR**
CASE NUMBER

LOAN NUMBER

PAUL H YOUNG
3554 HULMEVILLE RD STE 102
BENSALEM, PA 19020

PROPERTY ADDRESS
**6321 HASBROOK AVE
PHILADELPHIA, PA 19111**

Dear PAUL H YOUNG :

Our records indicate that you represent CELITIA SALAZAR (hereinafter "your client") in the above-referenced Bankruptcy proceeding.

The enclosed letter is intended for your client. We have sent this letter to you because of the attorney/client relationship and the above-referenced loan is presumably a subject of your legal representation. Therefore, we consider service of the attached letter as service to your client.

At your earliest convenience, please review the attached and forward to your client.

If you or your client have any questions, your Dedicated Loan Specialist is Norma Thomas and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Thursday 7 am to 8 pm (CT), Friday 7 am to 7 pm (CT) and Saturday 8 am to 12 pm (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper

Enclosure(s)

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.


EQUAL HOUSING OPPORTUNITY



PO Box 619097
Dallas, TX 75261



09/04/2021

**OUR INFO**
ONLINE
**www.mrcooper.com**

**YOUR INFO**
DEBTOR(S)
**CELITIA SALAZAR**
CASE NUMBER

LOAN NUMBER

PROPERTY ADDRESS
**6321 HASBROOK AVE**
**PHILADELPHIA, PA 19111**

PAUL H YOUNG
3554 HULMEVILLE RD STE 102
BENSALEM, PA 19020

Dear Paul H Young ,

**Why am I receiving this letter?**
February 1, 2022 marks the anniversary of the successful completion of your client's loan modification through the Home Affordable Modification Program (HAMP).

This letter is to remind your client of some very important changes that will go in effect on the above anniversary date.

**What do I need to know?**
Pursuant to your client's loan modification agreement, the loan is subject to interest rate adjustment(s) until it reaches its interest rate cap which was established based on the Freddie Mac Weekly Primary Mortgage Market Survey (PMMS) rate for 30 year fixed-rate conforming mortgage loans, rounded to the nearest 0.125%, as of the date the modification agreement was prepared. After reaching the interest rate cap, your client's interest rate will remain fixed for the life of the loan.

The table below shows the schedule of the adjustments to your client's current interest rate and estimated future changes to their monthly mortgage payment.*

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal & Interest Payment Amount | Estimated Monthly Escrow Payment Amount | Total Estimated Monthly Payment* | Monthly Payment Begins on | # of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1 | 3.875% | 01/01/2022 | $996.49 | $328.28 | $1,324.77 | 02/01/2022 | 240 |

*The payment was calculated based on the scheduled unpaid principal balance of the loan as of 01/01/2022, and upcoming interest rate of 3.875%, which was amortized over the scheduled remaining term of the loan.

Escrow payments may adjust periodically in accordance with applicable law, which may result in changes to the total monthly payment.

**What do I need to do?**
At Mr. Cooper, we are committed to preserving homeownership. If your client is concerned or think they may have difficulty making the new monthly payments, their Dedicated Loan Specialist is Norma Thomas and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

You can also contact the Hope for Homeowners hotline at 1-888-995-HOPE (4673), to request Making Home Affordable (MHA) help, or get free budgeting and financial counseling through a HUD approved housing counseling agency at www.HUD.gov. [Additional information is provided by Fannie Mae at http://knowyouroptions.com/].

Sincerely,

Mr. Cooper

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

