# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Celitia K. Salazar aka Celitia K. Salaman**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Nationstar Mortgage LLC d/b/a Mr. Cooper**<br>　　　　　　　　　　**Movant**<br>　　　　vs.<br><br>**Celitia K. Salazar aka Celitia K. Salaman**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West Esq.,**<br>　　　　　　　　　　**Trustee** | **BK NO. 21-10526 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 28, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Celitia K. Salazar aka Celitia K. Salaman
6321 Hasbrook Avenue
Philadelphia, PA 19111

Attorney for Debtor(s)
Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: October 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com